## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## ALEXANDRIA DIVISION

| | |
|---|---|
| **GARRETT EASTER #50585-510** | **CASE NO. 1:26-CV-00095 SEC P** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **WARDEN U S P POLLOCK** | **MAGISTRATE JUDGE PEREZ-MONTES** |

### JUDGMENT

Upon considering the Report and Recommendation of the Magistrate Judge [Doc. No. 6], noting no written and filed objections thereto, and after an independent review of the record, agreeing with the Magistrate Judge's findings of fact and conclusions of law,

**IT IS ORDERED**, **ADJUDGED**, **AND DECREED** that Petitioner Garrett Easter's Petition for Writ of Habeas Corpus [Doc. No. 1] is **DENIED** and **DISMISSED WITHOUT PREJUDICE** for failure to exhaust his administrative remedies.

MONROE, LOUISIANA, this 22nd day of June 2026.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE

Page **1** of **1**